```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 17-05067-HWV
Stuart David Seiberling                                   Chapter 13
Nicole Lyn Seiberling
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: KADavis          Page 1 of 1          Date Rcvd: Jul 31, 2018
                             Form ID: pdf010        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
5075481        +Wellspan Health,    1001 S George St,    York, PA 17403-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                               Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
          Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Paul Donald Murphy-Ahles     on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| STUART DAVID SEIBERLING | : CASE NO.:  1-17-bk-05067-HWV |
| NICOLE LYN SEIBERLING | : |
|     Debtors | : |
| | : |
| CHARLES J. DEHART, III, TRUSTEE | : |
|     Objectant | : |
| | : |
|     vs. | : |
| | : |
| WELLSPAN HEALTH | : |
|     Claimant | : |

### ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 12 of Wellspan Health and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 12 of Wellspan Health shall be deemed untimely filed.

Dated:  July 31, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)