```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-05067-HWV
Stuart David Seiberling                                         Chapter 13
Nicole Lyn Seiberling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: DDunbar              Page 1 of 1              Date Rcvd: Nov 23, 2018
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2018.
5023357        +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Blvd.,
                 Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Mario John Hanyon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    M&T Bank pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas   Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:17-bk-05067-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Stuart David Seiberling  
1250 Southern Road  
York PA 17403

Nicole Lyn Seiberling  
1250 Southern Road  
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: Lakeview Loan Servicing, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618

Name and Address of Transferee:

M&T Bank  
P.O. Box 62182  
Baltimore, MD 21264-2182  
M&T Bank  
P.O. Box 62182  
Baltimore, MD 21264-2182

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/25/18

Terrence S. Miller  
**CLERK OF THE COURT**