```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-05067-HWV
Stuart David Seiberling                                             Chapter 13
Nicole Lyn Seiberling
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson           Page 1 of 1         Date Rcvd: Jun 21, 2019
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db/jdb         +Stuart David Seiberling,    Nicole Lyn Seiberling,    1250 Southern Road,    York, PA 17403-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B Blank     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario John Hanyon     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Mario John Hanyon     on behalf of Creditor    M&T Bank pamb@fedphe.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas  Song     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STUART DAVID SEIBERLING<br>NICOLE LYN SEIBERLING,<br><br>    Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>    Movant,<br><br>  v.<br><br>STUART DAVID SEIBERLING<br>NICOLE LYN SEIBERLING,<br>, and CHARLES J. DEHART, III, Trustee,<br><br>    Respondents. | Bankruptcy No. 1:17-bk-05067-HWV<br><br>Chapter 13<br><br>Doc. No. 38 |

<u>ORDER OF COURT</u>

AND NOW, upon consideration of the foregoing Certificate of Default of Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. as to the 2013 Hyundai Elantra Sedan 4D GLS 18.L I4, VIN# 5NPDH4AE6DH272945.

Dated: June 21, 2019

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Bankruptcy Judge (JH)

Case 1:17-bk-05067-HWV    Doc 54    Filed 06/23/19    Entered 06/24/19 00:39:14    Desc
Imaged Certificate of Notice    Page 2 of 2