```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                           Case No. 17-05067-HWV
Stuart David Seiberling                                                          Chapter 13
Nicole Lyn Seiberling
        Debtors                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: ToniaWils              Page 1 of 2                   Date Rcvd: Dec 18, 2019
                               Form ID: ntpasnh             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Stuart David Seiberling,   Nicole Lyn Seiberling,   1250 Southern Road,   York, PA 17403-3046
5000697        +CBY Systems,   33 South Duke Street,   York, PA 17401-1401
5000698        +CENLAR,   425 Phillips Boulevard,   PO Box 77404,   Ewing, NJ 08628-6404
5000699        +Consumer Portfolio Services,   19500 Jamboree Road,   Irvine, CA 92612-2411
5000701        +First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
5023357        +Lakeview Loan Servicing, LLC,   c/o Cenlar FSB,   Attn: BK Department,   425 Phillips Blvd.,
                 Ewing, NJ 08618-1430
5019503        +Met Ed,   FirstEnergy,   Bldg 1 Site 1-51,   101 Crawfords Corner Rd,   Holmdel, NJ 07733-1976
5000704        +Mid America Bank,   5109 South Broadband Lane,   Sioux Falls, SD 57108-2208
5015452        +Penn Waste Inc,   PO Box 3066,   York, PA 17402-0066
5000707        +Penn Waste, Inc.,   85 Brick Yard Road,   Manchester, PA 17345-9204
5000708        +Phelan Hallinan Diamond & Jones,   One Penn Center Plaza,   1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
5000711        +Ream Carr Markey Woloshin & Hunter,   119 East Market Street,   York, PA 17401-1221
5075481        +Wellspan Health,   1001 S George St,   York, PA 17403-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5008226        +E-mail/Text: bankruptcy@consumerportfolio.com Dec 18 2019 19:37:51
                 Consumer Portfolio Services,   Po Box 57071,   Irvine, CA 92619-7071
5000700        +E-mail/Text: convergent@ebn.phinsolutions.com Dec 18 2019 19:38:01
                 Convergent Outsourcing, Inc.,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
5133287         E-mail/Text: camanagement@mtb.com Dec 18 2019 19:37:28    M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
5133288         E-mail/Text: camanagement@mtb.com Dec 18 2019 19:37:28    M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182,   M&T Bank,   P.O. Box 62182,   Baltimore, MD 21264-2182
5013076         E-mail/PDF: cbp@onemainfinancial.com Dec 18 2019 19:50:14    ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5000705         E-mail/PDF: cbp@onemainfinancial.com Dec 18 2019 19:50:15    OneMain Financial,
                 601 NW 2nd Street,   PO Box 3251,   Evansville, IN 47731-3251
5000709         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 19:50:47
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
5007741         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 20:01:12
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5036065        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 20:01:12
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541,
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
5000913        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 19:50:02
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5036064        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 19:50:47
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
5007446        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 18 2019 19:37:54    Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5000712        +E-mail/Text: bankruptcy@sw-credit.com Dec 18 2019 19:37:45    Southwest Credit Systems,
                 4120 International Parkway #1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5000702*       +First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
5000703*       +First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
5000710*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541-1067)
5184993*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
5000706         ##Penn Credit Corporation,   916 South 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
                                                                                             TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
          Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mario John Hanyon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    M&T Bank pamb@fedphe.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Thomas  Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stuart David Seiberling<br><br>**Debtor 1**<br><br>Nicole Lyn Seiberling<br><br>**Debtor 2** | Chapter: 13<br><br>Case number: 1:17–bk–05067–HWV<br><br>Document Number: 55<br><br>Matter: Motion for Mortgage Modification |

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002–1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **January 8, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 18, 2019 |

ntpasnh(05/18)