## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stuart David Seiberling<br>**Debtor 1** | **Chapter** 13 |
| Nicole Lyn Seiberling<br>**Debtor 2** | **Case No.** 1:17-BK-05067-HWV |

### NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Penn Credit Corporation<br>916 South 14th Street<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Penn Credit Corporation<br>2800 Commerce Drive<br>PO Box 69703<br>Harrisburg, PA 17106-9703 |

Date: January 2, 2020

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*