```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                              Case No. 17-05067-HWV
Stuart David Seiberling                             Chapter 13
Nicole Lyn Seiberling
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: AutoDocke        Page 1 of 1          Date Rcvd: Jan 29, 2020
                           Form ID: trc            Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5008226       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 29 2020 19:42:15
               Consumer Portfolio Services,   Po Box  57071,   Irvine, CA 92619-7071
                                                                            TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B Blank   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Keri P Ebeck   on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario John Hanyon   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Mario John Hanyon   on behalf of Creditor   M&T Bank pamb@fedphe.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas  Song   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 10
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-05067-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Stuart David Seiberling
1250 Southern Road
York PA 17403

Nicole Lyn Seiberling
1250 Southern Road
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/28/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Consumer Portfolio Services, Po Box  57071, Irvine, CA 92619

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/31/20

Terrence S. Miller
**CLERK OF THE COURT**