# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  STUART DAVID SEIBERLING

   NICOLE LYN SEIBERLING

         Debtor(s)

                                        CHAPTER 13

   CHARLES J. DEHART, III
   CHAPTER 13 TRUSTEE
            Movant                      CASE NO: 1-17-05067-HWV

   vs.

   STUART DAVID SEIBERLING
    NICOLE LYN SEIBERLING

         Respondent(s)

### <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on December 9, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:  <u>December 9, 2020</u>                 Respectfully submitted,

                                        <u>/s/   James K. Jones, Esquire</u>
                                        <u>ID:  39031</u>
                                        Attorney for Movant
                                        Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    STUART DAVID SEIBERLING
        NICOLE LYN SEIBERLING

            CHAPTER 13

          Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE      CASE NO: 1-17-05067-HWV
           Movant

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        January 13, 2021 at 09:35 AM
        This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

     **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 300.00**
     **AMOUNT DUE FOR THIS MONTH:  $150.00**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $450.00**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to**:**
         **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 9, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   STUART DAVID SEIBERLING

       NICOLE LYN SEIBERLING        CHAPTER 13

          Debtor(s)

       CHARLES J. DEHART, III       CASE NO: 1-17-05067-HWV
       CHAPTER 13 TRUSTEE
         Movant

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on December 9, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE       UNITED STATES TRUSTEE
DETHLEFS, PYKOSH & MURPHY       SUITE 1190
2132 MARKET STREET             228 WALNUT STREET
CAMP HILL, PA  17011-            HARRISBURG, PA  17101

Served by First Class Mail

STUART DAVID SEIBERLING
NICOLE LYN SEIBERLING
1250 SOUTHERN ROAD
YORK, PA  17403

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 9, 2020          <u>Liz Joyce</u>
                     for Charles J. DeHart, III, Trustee
                     Suite A, 8125 Adams Dr.
                     Hummelstown, PA  17036
                     Phone:  (717) 566-6097
                     eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   STUART DAVID SEIBERLING
         NICOLE LYN SEIBERLING
                                          CHAPTER 13

              Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                  Movant                  CASE NO: 1-17-05067-HWV

         vs.

         STUART DAVID SEIBERLING          MOTION TO DISMISS
         NICOLE LYN SEIBERLING


## ORDER DISMSSING CASE

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.