UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stuart David Seiberling **Debtor 1** <br> Nicole Lyn Seiberling **Debtor 2** | **Chapter** 13 <br><br> **Case No.** 1:17-BK-05067-HWV <br><br> **Matter:** Motion to Reconsider Order |

# DEBTOR(S)' MOTION TO RECONSIDER ORDER

AND NOW, come the Debtor(s), Stuart David Seiberling & Nicole Lyn Seiberling, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about December 8, 2017.

2. On or about August 12, 2021, the Standing Chapter 13 Trustee filed a Motion to Dismiss Debtor(s)' case for a material default (hereinafter "Motion").

3. Motion to Dismiss, by which time the Court had already entered an Order dismissing the case.

4. An Order dismissing Debtor(s)' case was entered on September 9, 2021.

5. Debtor(s) have contacted their counsel since the dismissal of their case indicating that they are able to bring their account current with the Standing Chapter 13 Trustee's office in full.

6. Debtor 2 is employed, able, and willing to be wage attached for the remainder of the Plan until payments are complete.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order dismissing the case and allow the case to proceed.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 17, 2021

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stuart David Seiberling
**Debtor 1**
Nicole Lyn Seiberling
**Debtor 2**

**Chapter** 13

**Case No.** 1:17-BK-05067-HWV

**Matter:** Motion to Reconsider Order

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of September 9, 2021 IS HEREBY RESCINDED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.