United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                         Case No. 17-05067-HWV

Stuart David Seiberling                                                                                                                                   Chapter 13
Nicole Lyn Seiberling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                 User: AutoDocke                                       Page 1 of 3
Date Rcvd: Oct 01, 2021                           Form ID: pdf010                                     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart David Seiberling, Nicole Lyn Seiberling, 1250 Southern Road, York, PA 17403-3046 |
| cr | + | Steward Financial Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5000697 | + | CBY Systems, 33 South Duke Street, York, PA 17401-1401 |
| 5000698 | + | CENLAR, 425 Phillips Boulevard, PO Box 77404, Ewing, NJ 08628-6404 |
| 5000699 | + | Consumer Portfolio Services, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 5000701 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5319329 | | LAKEVIEW LOAN SERVICING, LLC, M&T BANK, P.O. BOX 840, BUFFALO NY 14240-0840 |
| 5023357 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5019503 | + | Met Ed, FirstEnergy, Bldg 1 Site 1-51, 101 Crawfords Corner Rd, Holmdel, NJ 07733-1976 |
| 5000704 | + | Mid America Bank, 2700 South Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5000706 | | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5015452 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5000707 | + | Penn Waste, Inc., 85 Brick Yard Road, Manchester, PA 17345-9204 |
| 5000708 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5000711 | + | Ream Carr Markey Woloshin & Hunter, 119 East Market Street, York, PA 17401-1221 |
| 5075481 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5008226 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 01 2021 18:44:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 5000700 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 01 2021 18:44:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5294971 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2021 18:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5294972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2021 18:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5133287 | | Email/Text: camanagement@mtb.com | Oct 01 2021 18:44:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 5133288 | | Email/Text: camanagement@mtb.com | Oct 01 2021 18:44:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182, M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 5013076 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 18:49:21 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5000705 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 18:49:25 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5000709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 01 2021 18:49:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5007741 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5000913 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2021 18:49:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036064 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:21 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5036065 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:23 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541, PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5007446 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2021 18:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5000712 | + | Email/Text: bankruptcy@sw-credit.com | Oct 01 2021 18:44:00 | Southwest Credit Systems, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5000702 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5000703 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5000710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5184993 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| Name | Details |
|---|---|
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Steward Financial Services JSchwartz@mesterschwartz.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com |
| Keri P Ebeck | on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor M&T Bank pamb@fedphe.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Stuart David Seiberling and
    Nicole Lyn Seiberling,
        Debtors

CHAPTER 13

Jack N. Zaharopoulos,
Chapter 13 Trustee
        Movant

CASE NO: 1:17-bk-05067-HWV

vs.
Stuart David Seiberling and
Nicole Lyn Seiberling,
        Respondents

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reconsider Order, and all other matters of record, including a stipulation between Debtors and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

Dated: September 30, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)