United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 17-05067-HWV
Stuart David Seiberling     Chapter 13
Nicole Lyn Seiberling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 11, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Church of the Open Door of Shiloh, Attn: Payroll Department, 8 Carlisle Court, York, PA 17408-4500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Steward Financial Services JSchwartz@mesterschwartz.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pamb@fedphe.com |
| Keri P Ebeck | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

| | |
|---|---|
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor M&T Bank pamb@fedphe.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stuart David Seiberling<br>**Debtor 1**<br>Nicole Lyn Seiberling<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05067-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 2 receives income should immediately cease the wage attachment in the amount of **$75.00** from each **monthly** paycheck.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 10, 2022

Case 1:17-bk-05067-HWV   Doc 101   Filed 03/13/22   Entered 03/14/22 01:18:52   Desc
Imaged Certificate of Notice    Page 3 of 3