United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stuart David Seiberling  
Nicole Lyn Seiberling  
    Debtors

Case No. 17-05067-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 29, 2022      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stuart David Seiberling, 403 West James Street No 26, Lancaster, PA 17603-2847 |
| jdb | + | Nicole Lyn Seiberling, 1250 Southern Road, York, PA 17403-3046 |
| cr | + | Steward Financial Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5000697 | + | CBY Systems, 33 South Duke Street, York, PA 17401-1401 |
| 5000698 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, CENLAR, 425 Phillips Boulevard, PO Box 77404, Ewing, NJ 08618 |
| 5319329 | | LAKEVIEW LOAN SERVICING, LLC, M&T BANK, P.O. BOX 840, BUFFALO NY 14240-0840 |
| 5023357 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5019503 | + | Met Ed, FirstEnergy, Bldg 1 Site 1-51, 101 Crawfords Corner Rd, Holmdel, NJ 07733-1976 |
| 5000704 | + | Mid America Bank, 2700 South Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5015452 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5000707 | + | Penn Waste, Inc., 85 Brick Yard Road, Manchester, PA 17345-9204 |
| 5000708 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5000711 | + | Ream Carr Markey Woloshin & Hunter, 119 East Market Street, York, PA 17401-1221 |
| 5075481 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5000698 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 29 2022 18:33:00 | CENLAR, 425 Phillips Boulevard, PO Box 77404, Ewing, NJ 08618 |
| 5000699 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 29 2022 18:33:00 | Consumer Portfolio Services, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 5008226 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 29 2022 18:33:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 5000700 | + | EDI: CONVERGENT.COM | Apr 29 2022 22:38:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5000701 | + | EDI: AMINFOFP.COM | Apr 29 2022 22:38:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5294971 | | EDI: JEFFERSONCAP.COM | Apr 29 2022 22:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5294972 | | EDI: JEFFERSONCAP.COM | Apr 29 2022 22:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5319329 | ^ | MEBN | Apr 29 2022 18:32:41 | LAKEVIEW LOAN SERVICING, LLC, M&T BANK, P.O. BOX 840, BUFFALO NY 14240-0840 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5023357 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 29 2022 18:33:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5133287 | | Email/Text: camanagement@mtb.com | Apr 29 2022 18:33:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 5133288 | | Email/Text: camanagement@mtb.com | Apr 29 2022 18:33:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182, M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 5013076 | | EDI: AGFINANCE.COM | Apr 29 2022 22:38:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5000705 | | EDI: AGFINANCE.COM | Apr 29 2022 22:38:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5000706 | | Email/Text: bankruptcies@penncredit.com | Apr 29 2022 18:33:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5000709 | | EDI: PRA.COM | Apr 29 2022 22:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5007741 | | EDI: PRA.COM | Apr 29 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5000913 | + | EDI: RECOVERYCORP.COM | Apr 29 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036064 | + | EDI: PRA.COM | Apr 29 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5036065 | + | EDI: PRA.COM | Apr 29 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541, PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5007446 | + | EDI: JEFFERSONCAP.COM | Apr 29 2022 22:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5000712 | + | Email/Text: bankruptcy@sw-credit.com | Apr 29 2022 18:33:00 | Southwest Credit Systems, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5000702 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5000703 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5000710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5184993 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Steward Financial Services JSchwartz@mesterschwartz.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pamb@fedphe.com |
| Keri P Ebeck | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor M&T Bank pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Lyn Seiberling pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Stuart David Seiberling pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stuart David Seiberling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−4530<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Nicole Lyn Seiberling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5976<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17−bk−05067−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stuart David Seiberling                    Nicole Lyn Seiberling

4/29/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**